■ In the Matter of the Claim of JONATHAN GAGER, Respondent. GANNETT SATELLITE INFORMATION NETWORK, INC., Doing Business as PRESS AND SUN BULLETIN, Appellant; COMMISSIONER OF LABOR, Respondent. [4 NYS3d 784]—

Lynch, J. Appeals from two decisions of the Unemployment Insurance Appeal Board, filed May 30, 2013, which ruled, among other things, that Gannett Satellite Information Network, Inc. is liable for unemployment insurance contributions on remuneration paid to claimant and others similarly situated.

Claimant delivered newspapers for Gannett Satellite Information Networks, Inc. under four separate contracts from March 2004 until September 2009. Gannett has appealed from two Unemployment Insurance Appeal Board decisions finding that claimant was an employee entitled to benefits, for which Gannett was liable for unemployment insurance contributions. The indicia of control retained by Gannett through the agreements with claimant are nearly identical to the factors identified to establish an employment relationship in *Matter of Armison (Gannett Co., Inc.—Commissioner of Labor)* (122 AD3d 1101 [2014], *lv dismissed* 24 NY3d 1209 [2015]). Accordingly, we find that the Board's decisions are supported by substantial

evidence (*see Matter of Travis [Gannett Satellite Info. Network, Inc.—Commissioner of Labor]*, 127 AD3d 1349 [2015] [decided herewith]; *Matter of Hunter [Gannett Co., Inc.—Commissioner of Labor]*, 125 AD3d 1166, 1167-1168 [2015]).

Lahtinen, J.P., Garry and Devine, JJ., concur. Ordered that the decisions are affirmed, without costs.